UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ZUBERLON WILLIAMS,

    Plaintiff,

v.                                            Case No. 5:18cv97-TKW-MJF

EDDY E. HERNANDEZ PEREZ, M.D.,

    Defendant.
_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 44). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case is due to be dismissed because Plaintiff failed to state a plausible Eighth Amendment deliberate indifference claim against Defendant. Accordingly, it is

**ORDERED** that:

1. The Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's amended motion to dismiss (Doc. 36) is **GRANTED**, and this case is **DISMISSED with prejudice.**

3. The Clerk shall close the case file.

**DONE and ORDERED** this 25th day of February, 2020.

_T. Kent Wetherell, II_
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**